# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUEY P. LONG, <br>     Plaintiff, <br> v. <br> NANCY A. BERRYHILL, <br> Commissioner of Social Security, <br>     Defendant. | CASE NO. 8:16-CV-01860-SK <br><br> **JUDGMENT** |

**IT IS ADJUDGED** that this action is reversed and remanded for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Opinion and Order.

DATED: 08/21/17

STEVE KIM
U.S. MAGISTRATE JUDGE